**James H. BALDWIN, Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director of the Virginia Department of Corrections, Respondent–Appellee.**

**No. 01–7749.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 20, 2002.

Decided March 7, 2002.

James H. Baldwin, Appellant Pro Se. Marla Graff Decker, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before MICHAEL and DIANA GRIBBON MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

James H. Baldwin appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Baldwin's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Baldwin v. Angelone*, No. CA–01–84–2 (E.D.Va. Sept. 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*